# IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW JERSEY
### (Newark Division)

| | |
|---|---|
| **REV. KEVIN ROBINSON** and<br><br>**RABBI YISRAEL A. KNOPFLER,**<br><br>      Plaintiffs,<br>    v.<br><br>**PHILIP D. MURPHY,** Governor of the State of New Jersey, in his official capacity, and<br><br>**COLONEL PATRICK J. CALLAHAN**, Superintendent of State Police and State Director of Emergency Management, in his official capacities,<br><br>      Defendants. | Case No. 2:20-CV-5420-CCC-ESK |

## **STIPULATION**

**WHEREAS,** the Court has directed plaintiff's counsel to file a Second Amended Complaint formally incorporating a challenge to defendant Governor Murphy's Executive Order 142 in addition to Order 107 and Administrative Order 2020-4; and

**WHEREAS,** counsel have conferred and agreed that plaintiff's counsel may submit a Supplemental Memorandum of Law addressing the additional challenge to Order 142;

**NOW, THEREFORE**, it is hereby **STIPULATED AND AGREED** as follows: that the Second Amended Complaint and Supplemental Memorandum be filed not later than Thursday, May 21, 2020, with the subsequent briefing schedule as determined by the previously filed letter to the Court from defense counsel.

Dated May 20, 2020

        s/Christopher A. Ferrara
        _____
        Christopher A. Ferrara CF-7123
        Special Counsel – Thomas More Society
        420 Route 46 East – Suite 7
        P.O. Box 10092
        Fairfield, NJ 07004-6092
        (973) 244-9895
        cferrara@thomasmoresociety.org
        *Counsel for Plaintiffs*


        GURBIR S. GREWAL
        ATTORNEY GENERAL OF NEW JERSEY


By:    /s/ Daniel M. Vannella
        Daniel M. Vannella (015922007)
        Assistant Attorney General
        25 Market Street / P.O. Box 116
        Trenton, New Jersey 08625
        (609) 376-2776
        daniel.vannella@law.njoag.gov
        *Counsel for Defendants*