**\*\*NOT FOR PUBLICATION\*\***

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| REV. KEVIN ROBINSON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PHILIP D. MURPHY, GOVERNOR OF THE STATE OF NEW JERSEY, IN HIS OFFICIAL CAPACITY, *et al.*, <br><br> Defendants. | Civil Action No.: 20-5420 <br><br> **ORDER** |

**CECCHI, District Judge.**

This matter comes before the Court on Plaintiffs Reverend Kevin Robinson and Rabbi Yisrael A. Knopfler's (collectively, "Plaintiffs") Motion for Leave to File a Third Amended Complaint and Temporary Restraining Order (With Notice) and Preliminary Injunction (the "Motion"). ECF No. 55. Defendants Philip D. Murphy and Patrick J. Callahan (collectively, "Defendants") opposed the motion (ECF No. 71), with no objection to Plaintiffs' filing of the Third Amended Complaint, and Plaintiffs replied in support (ECF No. 79). The parties submitted supplemental briefs and replies (ECF Nos. 89, 91, 92–93, 96) and the Court held a hearing on September 25, 2020, where Plaintiffs indicated that they presently seek only a preliminary injunction (ECF No. 95). For the reasons set forth in the accompanying Opinion:

**IT IS** on this 2nd day of October, 2020:

**ORDERED** that the Plaintiffs' application for a preliminary injunction is **DENIED**; and it is finally

**ORDERED** that Plaintiffs' application for leave to file the Third Amended Complaint is **GRANTED**.

**SO ORDERED.**

_____
**CLAIRE C. CECCHI, U.S.D.J.**